# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Crystal El, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:22-cv-00473-KDB |
| vs. | |
| Commissioner of Social Security, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 23, 2023 Text-Only Order.

March 23, 2023

Frank G. Johns, Clerk
United States District Court