IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00473-KDB

| | |
|---|---|
| **CRYSTAL EL,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney's Fees under the Social Security Act 42 U.S.C. § 406(b) (Doc. No. 20). Having reviewed the motion and the supporting materials, the Court finds that Plaintiff should be awarded attorney's fees in the net amount of $12,000.00, which is less than 25 percent of Plaintiff's past-due benefits. These fees are to be paid from Plaintiff's past-due benefits pursuant to § 406(b). Upon receipt of the § 406(b) fee, Plaintiff's counsel shall pay the Plaintiff the EAJA fee of $5,500.00, which has already been paid.

It is therefore **ORDERED** that the Commissioner pay Plaintiff's counsel, Charlotte W. Hall, the sum of $12,000.00 and that Plaintiff's counsel pay to Plaintiff the sum of $5,500.00. Upon the payment of such sums, this case is dismissed with prejudice.

**SO ORDERED.**

Signed: September 17, 2024

Kenneth D. Bell
United States District Judge